1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K.B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-6962
6     FAX: (415) 436-6748
      melissa.sladden@usdoj.gov
7
   Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
13  PHU G. HUYNH,                        )   No. C-11-3195 CW
                                         )
14         Plaintiff,                    )
                                         )   **STIPULATION AND [PROPOSED]**
15     v.                                )   **ORDER TO CONTINUE INITIAL**
                                         )   **CASE MANAGEMENT CONFERENCE**
16  PATRICK DONAHOE, POSTMASTER          )
    GENERAL UNITED STATES POSTAL         )
17  SERVICE,                             )
                                         )
18         Defendant.                    )

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
[C-11-3195] CW

1  The plaintiff, Phu Huynh, ("Plaintiff") and the federal defendant Patrick Donahoe,
2  Postmaster General United States Postal Service ("Federal Defendant") by and through their
3  counsel stipulate to the following:
4  WHEREAS, the initial case management conference in this matter has been scheduled for
5  October 4, 2011 at 2:00 p.m. per Order of this Court;
6  WHEREAS, counsel for the Federal Defendant has a medical appointment that was
7  unable to be rescheduled that will conflict with the initial case management conference, and thus
8  would like to continue the initial case management conference;
9  ACCORDINGLY, the parties agree and stipulate and request as follows:
10  The initial case management conference currently scheduled for October 4, 2011 at 2:00
11  p.m. be continued to October 18, 2011 at 2:00 p.m. or a date convenient for the Court's calendar
12  after October 18, 2011.
13  So Stipulated.
14
15  DATED: September 22, 2011                    Respectfully submitted,
16                                                MELINDA HAAG
                                                  United States Attorney
17
18                                                /s/ Melissa Sladden
                                                  MELISSA BROWN SLADDEN
19                                                Assistant United States Attorney
20  DATED: September 25, 2011
21                                                PHU HUYNH
                                                  Pro Se
22
23
24                                                PHU HUYNH
                                                  Pro Se
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
[C-11-3195] CW

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the initial case management conference in this matter is continued from October 4, 2011 to October 18, 2011 at 2:00 p.m.

IT IS SO ORDERED

Dated: 9/27/2011

*[signature]*

CLAUDIA WILKEN
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
[C-11-3195] CW