1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K.B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
6      FAX: (415) 436-6748
       melissa.sladden@usdoj.gov
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   PHU G. HUYNH,                          )   No. C-11-3195 CW
13                                        )
          Plaintiff,                      )
14                                        )   STIPULATION AND [PROPOSED]
       v.                                 )   ORDER TO EXTEND THE TIME FOR
15                                        )   FEDERAL DEFENDANT TO RESPOND
   PATRICK DONAHOE, POSTMASTER            )   TO COMPLAINT
16 GENERAL UNITED STATES POSTAL           )
   SERVICE,                               )
17                                        )
          Defendant.                      )
18 _____)

19

20

21

22

23

24

25

26

27

28

[STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO
COMPLAINT - C-11-3195 CW

1  The plaintiff, Phu Huynh, ("Plaintiff") and the federal defendant Patrick Donahoe, Postmaster General United States Postal Service ("Federal Defendant") by and through their counsel stipulate to the following:

WHEREAS, the Plaintiff filed served his Complaint on August 12, 2011;

WHEREAS, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, the Federal Defendant's responsive pleading and/or answer is due on October 11, 2011;

WHEREAS, the Federal Defendant has requested additional time to file an answer and/or responsive pleading;

ACCORDINGLY, it is hereby agreed by the Parties, that the Federal Defendant shall have until October 18, 2011 to file a responsive pleading and or answer in this action.

So Stipulated

DATED: September 30, 2011

Respectfully submitted,
MELINDA HAAG
United States Attorney

S/ Melissa Sladden

MELISSA SLADDEN
Assistant United States Attorney

DATED: Oct. 3, 2011

PHU HUYNH
Pro Se

[signature]
PHU HUYNH
Pro Se

[STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT - C-11-3195 CW

~~[PROPOSED]~~ **ORDER**

Pursuant to the stipulation of the parties, the Federal Defendant shall have until October 18, 2011 to file a responsive pleading and/or answer.

IT IS SO ORDERED

Dated: 10/3/2011

*[signature]*

CLAUDIA WILKEN
United States District Court Judge

[STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT - C-11-3195 CW