IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHU HUYNH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-03195 CW<br><br>ORDER RE: FEDERAL LEGAL HELP CENTER (FLHC) |

    The Court, at the recommendation of the Alternative Dispute Resolution (ADR) unit, refers Plaintiff Phu Huynh to the Federal Legal Help Center (FLHC).  The FLHC is directed to make efforts to find counsel for the limited purposes of assisting Plaintiff at a court connected mediation.  Plaintiff is directed to contact the FLHC immediately at (415) 782-9000, ext. 8657.  FLHC is directed to inform the ADR unit and the Court within thirty days whether counsel can be located.  If so, the Adr unit shall set the case for court connected mediation in ninety days.  If not, it will be referred to a Magistrate Judge for a settlement conference in ninety days.

Dated: 10/18/2011

                                CLAUDIA WILKEN<br>
                                United States District Judge

cc: ADR