IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHU HUYNH, | No. C 11-03195 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE UPON CONSENT AND SETTING CERTAIN CASE MANAGEMENT DATES |
| v. | |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

On October 18, 2011, a case management conference was held in the above-captioned case. Phu Huynh appeared pro se. Melissa Sladden appeared for Defendant. On July 21, 2011, Plaintiff consented to proceed before a United States Magistrate Judge by executing a consent form. On October 25, 2011, Defendants consented to proceed before United States Magistrate Judge Cousins by executing a consent form. Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Cousins to be heard and considered at the convenience of his calendar. Plaintiff and counsel for Defendant shall contact Lili Harrell, Magistrate Judge Cousins Courtroom Deputy at (415) 522-2039 to set up a telephonic status conference to confirm dates.

Magistrate Judge Cousins will set a trial date on or before 9/4/2012.

    The following case management dates have been set:

    Completion of discovery other than from experts: 5/2/12

    Disclosure of identities and reports of expert
      witnesses:  3/23/2012 (Plaintiff) and 4/13/2012 (Defendant)

    Completion of discovery from experts:  5/25/2012

    All motions directed to the merits of the case
      noticed for hearing no later than: 5/31/2012

Dated: 10/27/2011

CLAUDIA WILKEN
United States District Judge

cc:   MagRef; NC