IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHU G. HUYNH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE and PATRICK R. DONAHOE, Postmaster General,<br><br>    Defendants.<br>_____/ | No. C 11-3195 CW<br><br>ORDER APPOINTING<br>PRO BONO COUNSEL |

    Because Plaintiff Phu G. Huynh has requested, and is in need of, counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Attorney Aaron P. Silberman, of Rogers Joseph O'Donnell, 311 California Street, 10th Floor, San Francisco, CA 94104, (415) 956-2828, is hereby appointed as counsel for Plaintiff in this matter.

    The scope of this appointment shall be for the limited purpose of representing Plaintiff in the course of court connected mediation.

    IT IS SO ORDERED.

Dated: 10/31/2011

                                CLAUDIA WILKEN<br>                                United States District Judge