IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHU G. HUYNH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES POSTAL SERVICE and PATRICK R. DONAHOE,<br><br>　　　　　　Defendants. | Case Number 11-cv-03195 NC<br><br>**ORDER SETTING HEARING**<br><br>Re: Docket No. 27 |

　　　District Judge Claudia Wilken reassigned this case to this Court on October 27, 2011. Dkt. No. 35. Before reassigning the case, Judge Wilken established a briefing schedule for the motion to dismiss filed by Defendant Patrick Donahoe on October 18, 2011, which requires Plaintiff Phu Huynh to file his opposition by November 15, 2011 and Defendants to file their reply by November 22, 2011. Dkt. No. 32. The Court adopts this briefing schedule. The motion to dismiss will be heard on November 30, 2011 at 9:00 a.m., in Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

　　　IT IS SO ORDERED.

DATED: October 31, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.  11-cv-03195 NC
ORDER SETTING HEARING