UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHU G. HUYNH,<br><br>             Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE and PATRICK R. DONAHOE,<br><br>             Defendants. | Case No. 11-cv-03195 NC<br><br>**ORDER AMENDING BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 40, 41 |

      Plaintiff Phu Huynh requests that the Court change the briefing schedule for Defendants' Motion to Dismiss (Dkt. No. 40). Defendants object to the request (Dkt. No. 41). The Court previously adopted Judge Wilken's briefing schedule, which required Plaintiff to file his opposition by November 15, 2011 and Defendants to file their reply by November 22, 2011 (Dkt. No. 39). The motion to dismiss hearing was scheduled for November 30, 2011.

      On November 1, 2011, the Court referred this case to the ADR Program for mediation. The mediation cutoff date is January 17, 2012.

      For good cause showing, the Court GRANTS Plaintiff's request and amends the briefing schedule on the motion to dismiss as follows:

      The deadline for Plaintiff to file his opposition is now January 25, 2012. Defendants' reply shall be filed on or before February 1, 2012. The motion to dismiss will be heard on

Case No. 11-cv-03195 NC
ORDER AMENDING
BRIEFING SCHEDULE

February 8, 2012 at 9:00 a.m., in Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

    IT IS SO ORDERED.

DATED: November 2, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.  11-cv-03195 NC
ORDER AMENDING
BRIEFING SCHEDULE        2