# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHU G. HUYNH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE and PATRICK R. DONAHOE,<br><br>　　　　　Defendants. | Case No. 11-cv-03195 NC<br><br>**ORDER RE: REQUEST FOR MODIFIED BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 43 |

　　Federal Defendant's motion to modify the briefing schedule and continue hearing on the motion to dismiss is denied without prejudice. The government may resubmit its request after it has reviewed pro se Plaintiff's opposition brief.

　　IT IS SO ORDERED.

DATED: November 4, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge