# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHU G. HUYNH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE and PATRICK R. DONAHOE,<br><br>　　　　　Defendants. | Case No. 11-cv-03195 NC<br><br>**ORDER RELIEVING PRO BONO COUNSEL**<br><br>Re: Dkt. Nos. 38, 50 |

District Judge Wilken appointed Federal Pro Bono Project volunteer attorney Aaron P. Silberman to represent Plaintiff Huynh in mediation, which was conducted on January 11, 2012. Dkt. Nos. 38, 50. Because the limited scope representation has been completed, this case is removed from the Federal Pro Bono Project and Silberman is relieved of his appointment.

IT IS SO ORDERED.

DATED: January 23, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge