# UNITED STATES DISTRICT COURT,

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PHU G. HUYNH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES POSTAL SERVICE and PATRICK R. DONAHOE,<br><br>　　　　　　Defendants. | Case No. 11-cv-03195 NC<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 27 |

　　　A hearing on Defendants' motion to dismiss currently is scheduled for February 15, 2012. *See* Dkt. No. 48. Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing is VACATED.

　　　IT IS SO ORDERED.

DATED: February 7, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge