| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) <br> United States Attorney |
| 2 | ALEX G. TSE (CABN 152348) <br> Chief, Civil Division |
| 3 | VICTORIA R. CARRADERO (CABN 217885) <br> Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055 <br> San Francisco, California 94102-3495 <br> Telephone: (415) 436-7181 |
| 6 | FAX: (415) 436-6748 <br> victoria.carradero@usdoj.gov |
| 7 | |
| 8 | Attorneys for Federal Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PHU G. HUYNH,

    Plaintiff,

v.

PATRICK DONAHOE, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE,

    Defendant.

No. C-11-3195 NC

[PROPOSED] ORDER ON FEDERAL DEFENDANT'S ADMINISTRATIVE MOTION FOR CLARIFICATION/CORRECTION OF SCHEDULING ORDER, DKT NO. 62

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION FOR CORRECTION/CLARIFICATION OF SCHEDULING ORDER -11-3195-NC

1  Defendant Patrick Donahoe, Postmaster General United States Postal Service, submitted an
2  administrative motion for clarification/correction of the Scheduling Order issued in this case.
3  Dkt No. 62.
4  The Scheduling Order identifies the last hearing date as Monday, April 22, 2013.
5  [As this particular department hears civil law and motion on Wednesdays, the date is
6  corrected to April 24, 2013 to fall on the actual day of the week that the Court hears matters]
7  OR
8  ~~[The parties shall appear for hearing on Defendant's motion for summary judgment on~~
9  ~~Monday, April 22, 2013 at _____.]~~

11  Dated: March 8, 2013                                        _____
12                                                              MAGISTRATE JUDGE NATHANAEL COUSINS

                                                                Nathanael Cousins

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION FOR CORRECTION/CLARIFICATION OF
SCHEDULING ORDER -11-3195-NC
                                              1