1
2
3
4
5
6        **UNITED STATES DISTRICT COURT**
7        **NORTHERN DISTRICT OF CALIFORNIA**
8        **SAN FRANCISCO DIVISION**

9   PHU G. HUYNH,                           Case No. 11-cv-03195 NC

10              Plaintiff,                   **ORDER REGARDING PLAINTIFF'S
                                            REQUEST**
11       v.
                                            Re: Dkt. No. 86
12  UNITED STATES POSTAL SERVICE and
    PATRICK R. DONAHOE,
13
                Defendants.
14

15

16

17          Plaintiff filed a request to keep the existing pretrial and trial dates, ostensibly in

18   response to defendants' motion to continue them.  The Court denied defendants' motion

19   on April 16, 2013.  Dkt. No. 85.  The pretrial dates and trial date remain unchanged.

20          IT IS SO ORDERED.

21          DATED: April 19, 2013                _____

22                                              Nathanael M. Cousins
                                                United States Magistrate Judge
23

24

25

26

27

28