# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHU G. HUYNH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE and PATRICK R. DONAHOE, <br><br> Defendants. | Case No. 11-cv-03195 NC <br><br> **ORDER REGARDING PLAINTIFF'S REQUEST** <br><br> Re: Dkt. No. 86 |

Plaintiff filed a request to keep the existing pretrial and trial dates, ostensibly in response to defendants' motion to continue them. The Court denied defendants' motion on April 16, 2013. Dkt. No. 85. The pretrial dates and trial date remain unchanged.

IT IS SO ORDERED.

DATED: April 19, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cv-03195 NC
ORDER